```
Eric Cha (State Bar No. 204538)
echa@jonesday.com
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA  94025
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900


Attorney for Defendant
VERITY INSTRUMENTS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                         *E-FILED - 9/21/06*

| | |
|---|---|
| LAM RESEARCH CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>VERITY INSTRUMENTS, INC.,<br><br>Defendant. | Case No. 3:06-CV-03986-RMW (PVT)<br><br>**STIPULATION EXTENDING TIME FOR SELECTION OF ADR PROCESS**<br><br>[~~PROPOSED~~] ORDER |

    Pursuant to Civil L. R. 16-8 and ADR L. R. 3-5, counsel for Plaintiff Lam Research and Defendant Verity Instruments report that they have met and conferred regarding ADR and that they have not yet reached agreement regarding an ADR process. Nevertheless, the parties believe that they will be able to reach agreement on an ADR process without the need for an ADR phone conference or other court involvement. As such, the parties request an extension of time until September 26, 2006 to select an ADR process.

1  Dated: September 15, 2006                    Dated: September 15, 2006
2  NIXON PEABODY LLP                            JONES DAY
3
4  By: _____                By: _____
5
6  Glenn E. Westreich                           Eric Cha
   Patrick T. Michael                           JONES DAY
7  Beth L. Mitchell                             2882 Sand Hill Road, Suite 240
   NIXON PEABODY LLP                            Menlo Park, CA  94025
8  Two Embarcadero Center, Suite 2700           Telephone:    (650) 739-3939
   San Francisco, CA  94111                     Facsimile:    (650) 739-3900
9  Telephone:    (415) 984-8200
   Facsimile:    (415) 984-8300
10                                              Attorney for Defendant
                                                VERITY INSTRUMENTS, INC.
11 Attorneys for Plaintiff
   LAM RESEARCH CORPORATION
12
13                              [~~PROPOSED~~] ORDER
14
15 IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the date for selecting an
16 ADR process shall be extended until September 26, 2006.
17
18 September 21, 2006                          _/S/ RONALD M. WHYTE_____
19                                              District Judge Ronald M. Whyte