Glenn E. Westreich (State Bar No. 100457)
gwestreich@nixonpeabody.com
Patrick T. Michael (State Bar No. 169745)
pmichael@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Laura K. Carter (State Bar. No. 244956)
lcarter@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 1/18/07*

| | |
|---|---|
| LAM RESEARCH CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>VERITY INSTRUMENTS, INC.<br><br>Defendants. | Case No. C06-3986 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION UNTIL FEBRUARY 5, 2007** |

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

WHEREAS, the current deadline for holding the Early Neutral Evaluation ("ENE") session is January 16, 2007;

WHEREAS, the parties met with M. Scott Donahey, the evaluator assigned as the early neutral evaluator in this case, on December 5, 2006 and discussed possible dates for the ENE session;

1  WHEREAS, based on various scheduling constraints, the parties and the evaluator are
2  unavailable to meet prior to the deadline for holding the ENE session;
3  
4  WHEREAS, the parties, counsel and the evaluator are available to hold the ENE session on
5  February 5, 2007 and have agreed to that date subject to the Court's approval;
6  
7  WHEREAS, the parties respectfully request that the Court extend the deadline for conducting
8  the ENE session until February 5, 2007.

**IT IS SO STIPULATED.**

DATED: December __, 2006

NIXON PEABODY LLP

By: _____
GLENN E. WESTREICH
PATRICK T. MICHAEL
BETH L. MITCHELL
LAURA K. CARTER
Attorneys for Plaintiff

LAM RESEARCH CORPORATION

DATED: December 15, 2006

JONES DAY

By: _____
ERIC CHA
Jones Day
2882 Sand hill Road, Suite 204
Menlo Park, CA 94025
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Attorney for Defendant

VERITY INSTRUMENTS, INC.

**IT IS SO ORDERED.**

1/18/07
~~December XX, 200X~~

_Ronald M. Whyte_

The Hon. Ronald M. Whyte

-2-

STIPULATION EXTENDING TIME FOR ENE SESSION
CASE NO. C06-3986 RMW (PVT)

10225302