Glenn E. Westreich (State Bar No. 100457)
gwestreich@nixonpeabody.com
Patrick T. Michael (State Bar No. 169745)
pmichael@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Laura K. Carter (State Bar. No. 244956)
lcarter@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/18/07*

| | |
|---|---|
| LAM RESEARCH CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>VERITY INSTRUMENTS, INC.<br><br>Defendants. | Case No. C06-3986 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF NOVEMBER 8, 2006** |

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

WHEREAS, pursuant to this Court's November 8, 2006 Case Management Order ("CMO"), the Court has scheduled a Further Case Management Conference for March 9, 2007 as well as certain disclosures under the Patent Local Rules;

WHEREAS, an Early Neutral Evaluation ("ENE") session is scheduled for February 5, 2007 to discuss the issues in this case as well as disputed issues in other pending suits between the parties;

WHEREAS, to facilitate ongoing settlement discussions and those discussions at the ENE session, the parties believe and have agreed that it is in the best interests of the parties to continue the upcoming dates set forth in the CMO until after the ENE session;

WHEREAS, there have been no previous modifications to the dates set forth in the CMO;

WHEREAS, a continuation of the dates set forth in the CMO will not affect the current case schedule beyond the Further Case Management Conference as no other dates have been scheduled;

WHEREAS the parties respectfully request that the Court adopt the proposed schedule set forth below:

| EVENT | CURRENT SCHEDULE | PROPOSED SCHEDULE |
| --- | --- | --- |
| Last day for parties to exchange Preliminary Claim Constructions and provide preliminary identification of extrinsic evidence<br><br>Patent L.R. 4-2(a) | January 17, 2007 (Wednesday) | **February 16, 2007 (Friday)** |
| File Joint Claim Construction and Pre-hearing Statement<br><br>Patent L.R. 4-3 | February 5, 2007 (Monday) | **March 7, 2007 (Wednesday)** |
| Complete all discovery relating to Claim Construction<br><br>Patent L.R. 4-4 | March 7, 2007 (Wednesday) | **April 6, 2007 (Friday)** |
| Further Case Management Conference to set briefing schedule and hearing dates for Tutorial, *Markman* Hearing, and Summary Judgment Motions. | March 9, 2007 (Friday) | **April 13, 2007 (Friday)** |

IT IS SO STIPULATED.

DATED: January 3, 2007                    DATED: January 2, 2007
NIXON PEABODY LLP                         JONES DAY

By: /s/                                   By: /s/
GLENN E. WESTREICH                        ERIC CHA
PATRICK T. MICHAEL                        Jones Day
BETH L. MITCHELL                          2882 Sand Hill Road, Suite 204
LAURA K. CARTER                           Menlo Park, CA 94025
Attorneys for Plaintiff                   Telephone: (650) 739-3939
                                          Facsimile: (650) 739-3900
LAM RESEARCH CORPORATION                  Attorney for Defendant

                                          VERITY INSTRUMENTS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 18, 2007

                                          /s/ Ronald M. Whyte
                                          The Hon. Ronald M. Whyte

STIPULATION MODIFYING SCHEDULE SET FORTH IN
THE CASE MANAGEMENT ORDER
CASE NO. C06-3986 RMW (PVT)

10234033

## PROOF OF SERVICE

| | |
|---|---|
| CASE NAME: | Lam Research v. Verity Instruments |
| COURT: | United States District Court – Northern District of California – San Jose |
| CASE NO.: | C06-3986 RMW (PVT) |
| NP FILE: | 030270-6 |

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On **January 3, 2007,** I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF NOVEMBER 8, 2006**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 **X** :  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

 ___ :  By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

 ___ :  By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

 ___ :  By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

 **X** :  By Electronic Delivery – I caused each document to served electronically to the email listed.

**Addressee(s)**

**See Attached Service List of Attorneys of Record**

    I declare under penalty of perjury that the foregoing is true and correct. Executed on **January 3, 2007**, at San Francisco, California.

                                                           Tapa E. Tualaulelei

S543409.1

Attorneys of Record – Service List
Lam Research v. Verity Instruments
USDC ND Case No. C06-3986 RMW (PVT)

| | |
|---|---|
| Eric Cha, Esq.<br>JONES DAY REAVIS & POGUE<br>2882 Sand Hill Rd., Suite 240<br>Menlo Park, CA  94025<br><br><br>Robert W. Turner, Esq. [*Pro Hac Vice*]<br>Mark Ziegelbein, Esq. [*Pro Hac Vice*]<br>JONES DAY REAVIS & POGUE<br>2727 North Harwood Street<br>Dallas, TX  75201-1515<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100 | **Attorneys for Defendant Verity Instruments**<br><br>Telephone: 650.739.3939<br>Facsimile: 650.739.3900<br><br>Email Service<br>Global Address: Verity-CA@jonesday.com |

7545821.1