| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| | K.T. Cherian (SBN 133967) |
| 2 | Brian A. E. Smith (SBN 188147) |
| | Scott Wales (SBN 179804) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California  94105 |
| | Telephone:  (415) 848-4900 |
| 5 | Facsimile:  (415) 848-4999 |
| 6 | Attorneys for Defendant |
| | VERITY INSTRUMENTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/1/07*

| | | |
|---|---|---|
| LAM RESEARCH CORPORATION, | ) | Case No. C06-3986 RMW (PVT) |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND [] ORDER** |
| | ) | **MODIFYING THE SCHEDULE ORDERED** |
| vs. | ) | **JANUARY 8, 2007** |
| | ) | |
| VERITY INSTRUMENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

   WHEREAS, pursuant to this Court's January 8, 2007 Order Modifying the Schedule Set Forth In the Case Management Order of November 8, 2006 ("Modified Scheduling Order") the Court has scheduled the last day for parties to exchange Preliminary Claim Constructions and provide preliminary identification of extrinsic evidence as February 16, 2007;

   WHEREAS, the parties have discussed settlement and the Early Neutral Evaluation on February 5, 2007 and wish to have an additional two-week period to exchange information and pursue settlement discussions.

   WHEREAS, a continuation of the dates set forth in the Modified Scheduling Order will not affect the current case schedule beyond the Further Case Management Conferences as no other dates have been scheduled;

**HOWREY LLP**

Case No.  C06-3986 RMW (PVT)
STIPULATION AND [] ORDER
MODIFYING THE MODIFIED SCHEDULE

DM_US:20216896_2

WHEREAS, the parties respectfully request that the Court adopt the proposed schedule set forth below:

| EVENT | CURRENT MODIFIED SCHEDULE | PROPOSED SCHEDULE |
|---|---|---|
| Last day for parties to exchange Preliminary Claim Constructions and provide preliminary identification of extrinsic evidence<br><br>Patent L.R. 4-2(a) | February 16, 2007<br>(Friday) | **March 2, 2007**<br>**(Friday)** |
| File Joint Claim Construction and Pre-hearing Statement<br><br>Patent L.R. 4-3 | March 7, 2007<br>(Wednesday) | **March 21, 2007**<br>**(Wednesday)** |
| Complete all discovery relating to Claim Construction<br><br>Patent L.R. 4-4 | April 6, 2007<br>(Friday) | **April 20, 2007**<br>**(Friday)** |
| Further Case Management Conference to set briefing schedule and hearing dates for Tutorial, Markman Hearing, and Summary Judgment Motions. | April 13, 2007<br>(Friday) | **April 27, 2007**<br>**(Friday)** |

**IT IS SO STIPULATED**

DATED: February 15, 2007

NIXON PEABODY LLP

By: /s/ *Patrick T. Michael*
    PATRICK T. MICHAEL
    Two Embarcadero Center
    Suite 2700
    San Francisco, CA 94111
    Telephone: (415) 984-8200
    Facsimile: (415) 984-8300

    Attorneys for Plaintiffs
    LAM RESEARCH CORPORATION

DATED: February 15, 2007

HOWREY LLP

By: /s/ *Brian A.E. Smith*
    BRIAN A.E. SMITH
    525 Market Street, Suite 3600
    San Francisco, CA 94105
    Telephone: (415) 848-4900
    Facsimile: (415) 848-4999

    Attorneys for Defendants
    VERITY INSTRUMENTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 3/1/07 [xxxxxxxxxxxxxxxx]007

*/s/ Ronald M. Whyte*
The Hon. Ronald M. Whyte
Judge, United States District Court

Case No. C06-3986 RMW (PVT)
STIPULATION AND [] ORDER
MODIFYING THE MODIFIED SCHEDULE

DM_US:20216896_2