Glenn E. Westreich (State Bar No. 100457)
gwestreich@nixonpeabody.com
Patrick T. Michael (State Bar No. 169745)
pmichael@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Laura K. Carter (State Bar. No. 244956)
lcarter@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA  94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Plaintiff
LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/23/07*

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VERITY INSTRUMENTS, INC.,<br><br>                    Defendant. | Case No. C06-3986 RMW (PVT)<br><br>**STIPULATION AND [] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007** |

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

WHEREAS, pursuant to this Court's March 1, 2007 Order Modifying the Schedule Set Forth in the Case Management Order of January 8, 2007 ("Modified Scheduling Order"), the Court has scheduled the last day for parties to exchange Preliminary Claim Construction and provide preliminary identification of extrinsic evidence as March 2, 2007 as well as certain disclosures under the Patent Local Rules;

**STIPULATION AND  ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007**
**CASE NO. C06-3986 RMW (PVT)**

10329663

WHEREAS, the Court also has scheduled a Further Case Management Conference for April 27, 2007;

WHEREAS, Verity Instruments, Inc. ("Verity") recently has retained new counsel to represent Verity in this matter;

WHEREAS, Verity's new counsel will be substituting into this case and has requested additional time to become familiar with the matter;

WHEREAS, the parties are simultaneously proceeding in good faith with settlement discussions and believe that the extensions requested herein will facilitate ongoing settlement discussions;

WHEREAS, the parties believe and have agreed that it is in the best interests of the parties to continue the upcoming dates set forth in the Modified Scheduling Order for six weeks;

WHEREAS, a continuation of the dates set forth in the Modified Scheduling Order will not affect the current case schedule beyond the Further Case Management Conference as no other dates have been scheduled;

WHEREAS the parties respectfully request that the Court adopt the proposed schedule set forth below:

| EVENT | CURRENT SCHEDULE | **PROPOSED SCHEDULE** |
|---|---|---|
| Last day for parties to exchange Preliminary Claim Constructions and provide preliminary identification of extrinsic evidence<br><br>Patent L.R. 4-2(a) | March 2, 2007<br>(Friday) | **April 13, 2007**<br>**(Friday)** |

-2-

**STIPULATION AND ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007 CASE NO. C06-3986 RMW (PVT)**

10329663

| | | |
|---|---|---|
| File Joint Claim Construction and Pre-hearing Statement<br><br>Patent L.R. 4-3 | March 21, 2007<br>(Wednesday) | **May 2, 2007**<br>**(Wednesday)** |
| Complete all discovery relating to Claim Construction<br><br>Patent L.R. 4-4 | April 20, 2007<br>(Friday) | **June 1, 2007**<br>**(Friday)** |
| Further Case Management Conference to set briefing schedule and hearing dates for Tutorial, *Markman* Hearing, and Summary Judgment Motions. | April 27, 2007<br>(Friday) | **June 8, 2007**<br>**(Friday)** |

In addition, the parties have agreed that Lam Research Corporation's ("Lam") responses to Verity's Second Set of Interrogatories, which were due on March 5, 2007, are now due on April 16, 2007, and Lam's responses to Verity's Second Set of Requests for Production of Documents and Things, which were due on March 8, 2007, are now due on April 19, 2007.

**IT IS SO STIPULATED.**

DATED:         March 2, 2007

NIXON PEABODY LLP


By: /s/ Laura K. Carter
    GLENN E. WESTREICH
    PATRICK T. MICHAEL
    BETH L. MITCHELL
    LAURA K. CARTER

    Attorneys for Plaintiff

LAM RESEARCH CORPORATION

DATED:         March 2, 2007

HOWREY LLP


By: /s/ Brian A. E. Smith
    BRIAN A.E. SMITH
    525 Market Street, Suite 3600
    San Francisco, CA 94105
    Telephone: (415) 848-4900
    Facsimile: (415) 848-4999

    Attorneys for Defendant

VERITY INSTRUMENTS, INC.

**STIPULATION AND ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007**
**CASE NO. C06-3986 RMW (PVT)**

10329663

1

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4   DATED: April 23 ___, 2007                    _Ronald M. Whyte_

5

                                                 The Hon. Ronald M. Whyte

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**STIPULATION AND ORDER MODIFYING
THE SCHEDULE SET FORTH IN THE CASE
MANAGEMENT ORDER OF MARCH 1, 2007
CASE NO. C06-3986 RMW (PVT)**

10329663