Glenn E. Westreich (State Bar No. 100457)
gwestreich@nixonpeabody.com
Patrick T. Michael (State Bar No. 169745)
pmichael@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff/Counter-Defendant:
LAM RESEARCH CORPORATION

Henry C. Bunsow, Esq.
Brian A. E. Smith, Esq.
Korula T. Cherian, Esq.
Robert S. Wales, Esq.
HOWREY LLP
525 Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Claimant:
VERITY INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

*E-FILED - 4/23/07*

| | |
|---|---|
| LAM RESEARCH CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> VERITY INSTRUMENTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C06-3986 RMW (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER** |

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007; CASE NO. C06-3986 RMW (PVT)

10516044

WHEREAS, pursuant to this Court's Order Modifying the Schedule Set Forth in the Case Management Order of March 1, 2007 ("Modified Scheduling Order"), the Court has scheduled the last day for parties to exchange Preliminary Claim Construction and provide preliminary identification of extrinsic evidence as April 13, 2007 as well as certain disclosures under the Patent Local Rules;

WHEREAS, the Court also has scheduled a Further Case Management Conference for June 8, 2007;

WHEREAS, on March 9, 2007, the parties agreed to stay this matter for 30 days until April 9, 2007 to proceed in good faith with settlement discussions;

WHEREAS, the parties are simultaneously proceeding in good faith with settlement discussions and believe that an additional stay of 30 days and modification of the current schedule requested herein will facilitate ongoing settlement discussions;

WHEREAS, the parties believe and have agreed that it is in the best interests of the parties to stay this matter for an additional 30 days and modify the upcoming dates set forth in the Modified Scheduling Order;

WHEREAS, a continuation of the dates set forth in the Modified Scheduling Order will not affect the current case schedule beyond the Further Case Management Conference set for June 8, 2007 as no other dates have been scheduled;

WHEREAS the parties respectfully request that the Court adopt the stay and the proposed schedule set forth below:

/ / /

/ / /

/ / /

-2-

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007; CASE NO. C06-3986 RMW (PVT)

10516044

| EVENT | CURRENT SCHEDULE | **PROPOSED SCHEDULE** |
|---|---|---|
| Further Case Management Conference to set briefing schedule and hearing dates for Tutorial, *Markman* Hearing, and Summary Judgment Motions. | June 8, 2007 (Friday) | **June 8, 2007 (Friday)** |
| Last day for parties to exchange Preliminary Claim Constructions and provide preliminary identification of extrinsic evidence<br><br>Patent L.R. 4-2(a) | April 13, 2007 (Friday) | **June 25, 2007 (Monday)** |
| File Joint Claim Construction and Pre-hearing Statement<br><br>Patent L.R. 4-3 | May 2, 2007 (Wednesday) | **July 16, 2007 (Monday)** |
| Complete all discovery relating to Claim Construction<br><br>Patent L.R. 4-4 | June 1, 2007 (Friday) | **August 15, 2007 (Wednesday)** |

**IT IS SO STIPULATED.**

Dated: April 11, 2007

    NIXON PEABODY LLP

By: /s/ Beth L. Mitchell
    GLENN E. WESTREICH
    PATRICK T. MICHAEL
    BETH L. MITCHELL
    Attorneys for Plaintiff/Counter-Defendant
    LAM RESEARCH CORPORATION

Dated: April 11, 2007

    HOWREY LLP

By: /s/ Brian A. E. Smith
    BRIAN A. E. SMITH
    Attorneys for Defendant/Counter-Claimant
    VERITY INSTRUMENTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/23/07

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
U.S. District Court Judge

-3-

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER OF MARCH 1, 2007; CASE NO. C06-3986 RMW (PVT)

10516044

## PROOF OF SERVICE

**CASE NAME:** *Lam Research v. Verity Instruments*
**COURT:** United States District Court – Northern District of California – San Jose
**CASE NO.:** C06-3986 RMW (PVT)
**NP FILE:** 030270-6

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On **April 12, 2007,** I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE CASE MANAGEMENT ORDER**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ :  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

____ :  By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ :  By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

____ :  By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

__X__ :  By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

**Addressee(s)**

**See Attached Service List of Attorneys of Record**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **April 12, 2007**, at San Francisco, California.

Tapa E. Tualaulelei

S543409.1

Attorneys of Record – Service List
*Lam Research v. Verity Instruments*
**USDC ND Case No. C06-3986 RMW (PVT)**

**Attorneys for Defendant/Counter-Claimant**
**Verity Instruments:**

Henry C. Bunsow, Esq.
Brian A. E. Smith, Esq.
Korula T. Cherian, Esq.
Robert S. Wales, Esq.
HOWREY LLP
525 Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
bunsowh@howrey.com
smithbrian@howrey.com
cheriank@howrey.com
waless@howrey.com

7545821.1